M.D. Appeal Dkt.
47   2015

# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 373 MAL 2014
:
                   Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v. :
:
:
:
JOSEPH WALTER DERHAMMER, :
:
          Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of May, 2015, the Petition for Allowance of Appeal is **GRANTED**.  The issue, as framed by Petitioner, is as follows:

> Did the Superior Court err in affirming the trial judge's decision precluding the Commonwealth from referencing [Respondent's] pre-arrest failure to inquire as to the welfare of the victims, specifically the [Respondent's] spontaneous, self-initiated contact with police, that was not in response to any police questioning, after he arrived at the arson scene of his own volition?